UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-08452-AH-DSR Date: October 9, 2026

Title ***Eugenia Adela Flores-Miranda v. Ernesto Santacruz, et al.***

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER DIRECTING RESPONDENTS TO LODGE COMPETENT EVIDENCE ESTABLISHING WHAT TIME PETITOINER WAS REMOVED FROM THE UNITED STATES**

On July 31, 2026, Petitioner, proceeding through counsel, filed the instant Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 at 1:44 p.m. PDT. See Doc. No. 1. Therein, Petitioner alleges that "ICE detained Petitioner from May 21, 2026, until July 31, 2026, when ICE removed her from the United States on a flight from Los Angeles International Airport [] to Cabo San Lucas, Mexico." Id. at ¶ 2. In their opposition, Respondents contend that this Court lacks jurisdiction to consider the Petition because "she filed [the] Petition after she had already been removed." Opp'n. (Doc. No. 8) at ECF 2:23-24; see also Smith v. U.S. Customs and Border Prot., 741 F.3d 1016, 1019 (9th Cir. 2014) (Section 2241 "requires the petitioner to be 'in custody' at the time of filing for the federal courts to have jurisdiction over the habeas petition.") (citation omitted). Petitioner argues that Respondents have not supplied the time-specific records (e.g., "the complete I-205 execution record, removal-transfer logs, travel itinerary, flight records, and time-stamped custody entries") necessary to determine whether Petitioner was "in custody" at the time of the Petition's filing. See Reply (Doc. No. 9) at Part II.A.

The Court lacks sufficient information to determine whether Petitioner was in the custody of Respondents at the time the Petition was filed, and therefore whether the Court has jurisdiction over the case. See Bernhardt v. Cnty of Los Angeles, 179 F.3d 862, 868 (9th Cir.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-08452-AH-DSR Date: October 9, 2026

Title ***Eugenia Adela Flores-Miranda v. Ernesto Santacruz, et al.***

2002) ("Federal courts are required sua sponte to examine jurisdictional issues"). Accordingly, the Court **ORDERS** Respondents to lodge competent evidence establishing what specific time Petitioner was removed from the United States, no later than two weeks from the date of this Order.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK